UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRIAN NEWSON, | ) |
| Plaintiff, | ) |
| vs. | ) 1:00-cv-1622-SEB-VSS |
| DR. FENOGLIO, et al., | ) |
| Defendants. | ) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motions for summary judgment are **granted,** that judgment is entered for the defendants and against the plaintiff, and that this cause of action is dismissed with prejudice.

The costs of this action are assessed against the plaintiff.

Date: 07/05/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Brian Newson, DOC # 983964, Pendleton Correctional Facility, P.O. Box 30, Pendleton, IN 46064

Robert Weddle, Tabbert Hahn Earnest Weddle and Starkey, PC, One Indiana Square #2100, Indianapolis, IN   46204-2032

Roger Kanne, 9465 Counselors Row, Suite 104, Indianapolis, IN   46240

Susan Cline, Locke Reynolds LLP, 201 N. Illinois Street, Suite 1000, P. O. Box 44961, Indianapolis, IN 46244-0961

Donald Banta, Office of the Indiana Attorney General, Indiana Government Center South, Fifth Floor, 302 West Washington Street, Indianapolis, IN 46204-2770